UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES, husband and wife,<br><br>                    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE HOME ADVANTAGE, underwritten by HOMESITE INSURANCE COMPANY, a foreign company,<br><br>                    Defendant. | NO. 2:23-cv-00653-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

**ORDER**

THIS MATTER having come before the above-entitled Court, the Court having considered the stipulated motion of the parties (Dkt. # 23), and the Court deeming itself otherwise fully advised in the premises,

IT IS ORDERED that the trial in this matter be continued to January 27, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 27th day of February, 2024.

_John H. Chun_
Judge John H. Chun

ORDER CONTINUING TRIAL
NO. 2:23-cv-00653-JHC

- 1 -