UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE HOME ADVANTAGE, underwritten by Homesite Insurance Company, a foreign company,<br><br>Defendant. | Case No.   2:23-cv-00653-JHC<br><br>ORDER |

THIS MATTER comes before the Court on the parties' Stipulate Motion to Extend Deadlines and Amend Case Schedule.  Dkt. # 28.  For the reasons presented in the briefing, the Court GRANTS the motion.  The new deadline for Disclosure of Expert Testimony under Fed. R. Civ. P. 26(a)(2) is September 3, 2024; and the new Discovery Completion Deadline is November 4, 2024.  All other deadlines in this Court's order setting trial dates and related dates, Dkt. # 25, remain in place.

/

ORDER (NO. 2:23-cv-00653-JHC) - 1

DATED this 20th day of June, 2024.

                                   *John H. Chun*
                                   JOHN H. CHUN
                                   United States District Judge

ORDER (NO. 2:23-cv-00653-JHC) - 2