UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE HOME ADVANTAGE,<br><br>Defendant. | CASE NO. 2:23-cv-00653-JHC<br><br>ORDER GRANTING PLAINTIFFS' FIRST MOTION TO COMPEL DISCOVERY |

The matter comes before the Court on Plaintiffs' First Motion to Compel Discovery. Dkt. # 30.  Defendant has not filed a response to the motion, which the Court construes as a concession that the motion has merit.  *See* LCR 7(b)(2) ("[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

For the reasons provided by Plaintiffs, *see* Dkt. # 30, the Court GRANTS the motion. The Court DIRECTS Defendant to produce all responsive documents and information without objections by July 31, 2024.

Further, the Court GRANTS Plaintiffs' request for reasonable expenses, including attorney's fees, caused by Defendant's failure to fully respond to Plaintiffs' discovery requests. *See* Fed. R. Civ. P. 37(d)(3).  Plaintiffs shall submit a declaration detailing the fees and costs

ORDER GRANTING PLAINTIFFS' FIRST MOTION
TO COMPEL DISCOVERY - 1

incurred by July 24, 2024. Defendant may file an objection by July 31, 2024. Plaintiff may reply to any objection by August 2, 2024.

Dated this 17th day of July, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFFS' FIRST MOTION
TO COMPEL DISCOVERY - 2