UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE HOME ADVANTAGE, underwritten by Homesite Insurance Company, a foreign company,<br><br>Defendant. | Case No.   2:23-cv-00653-JHC<br><br>ORDER |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Trial, Extend Pretrial Deadlines, and Amend Case Schedule.  Dkt. # 36.  The Court GRANTS the motion and sets trial for April 21, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 30th day of August, 2024.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 1