UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE HOME ADVANTAGE, underwritten by HOMESITE INSURANCE COMPANY, a foreign company,<br><br>Defendant. | NO. 2:23-cv-00653-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE<br><br>(Clerk's Action Required) |

Before the Court is the parties' Stipulated Motion for Trial Continuance.  Dkt. # 42.  For the reasons stated therein, the Court GRANTS the motion and sets trial for October 20, 2025. The Court DIRECTS the Clerk to issue a scheduling order consistent with this trial date.

DATED this 6th day of November, 2024.

John H. Chun
United States District Judge

ORDER CONTINUING TRIAL DATE
NO. 2:23-cv-00653-JHC

- 1 -