UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE HOME ADVANTAGE, underwritten by HOMESITE INSURANCE COMPANY, a foreign company,<br><br>Defendant. | NO. 2:23-CV-00653-JHC<br><br>ORDER |

    THIS MATTER comes before the Court on Plaintiffs' Motion to Extend Pretrial Deadlines and Amend Case Schedule. Dkt. # 48. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS in part and DENIES in part the motion as set forth below.

    Plaintiffs may take the depositions of witnesses Rock, Babb, and Wynn no later than June 23, 2025. The motion is otherwise denied. If Defendant believes that a trial continuance is necessary, it may move for such relief.

DATED this 9th day of June, 2025.

                                                                               _____
                                                                               John H. Chun
                                                                               United States District Judge