UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MACHORRO and TAMARA TORRES-TORRES, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE HOME ADVANTAGE, underwritten by HOMESITE INSURANCE COMPANY, a foreign company,<br><br>Defendant. | NO. 2:23-CV-00653-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

The parties to this action hereby stipulate and move, through their designated counsel, that the above-captioned action be dismissed, with prejudice, each party to bear their own costs.

//

//

//

//

//

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE              - 1 -
NO. 2:23-CV-00653-JHC

| | |
|---|---|
| DATED this 22nd day of October, 2025. | DATED this 22nd day of October, 2025. |
| ROBERT D. BOHM, PLLC | BETTS, PATTERSON & MINES, P.S. |
| By *s/ Robert Dean Bohm*<br>    Robert Dean Bohm, WSBA #42703<br>    PO Box 25536<br>    Federal Way, WA 98093-2536<br>    Email: rdbohm@premisesinjurylaw.com<br>    *Attorney for Plaintiffs Eric Machorro and Tamara Torres-Torres* | By *s/ Anthony Kirkwood*<br>    Anthony Kirkwood, WSBA #58221<br>    Ryan Wolff, WSBA #61747<br>    Jenny-Anne Gifford, pro hac vice<br>    701 Pike Street, Suite 1025<br>    Seattle, WA 98101-3916<br>    Telephone: (206) 292-9988<br>    Fax: (206) 299-3880<br>    Email: tkirkwood@bpmlaw.com<br>              rwolff@bpmlaw.com<br>              jgifford@bpmlaw.com<br>    *Attorneys for Defendant* |
| DATED this 22nd day of October, 2025. | DATED this 22nd day of October, 2025. |
| POLI MOON AND ZANE PLLC | WALSH & WALSH, PLLC |
| By *s/ Michael N. Poli*<br>    Michael N. Poli, WSBA #63619<br>    2999 N 44th St Ste 325<br>    Phoenix, AZ  85018<br>    Email: mpoli@pmzlaw.com<br>    *Attorney for Plaintiffs Eric Machorro and Tamara Torres-Torres* | By *s/ Christopher M. Walsh*<br>    Christopher M. Walsh, WSBA #59454<br>    PO Box 6876<br>    Tacoma, WA 98417<br>    Email: cwalsh@walshandwalshattorneys.com<br>    *Attorney for Plaintiffs Eric Machorro and Tamara Torres-Torres* |

## **ORDER**

THIS MATTER having come before the Court and the Court having considered the Stipulation of the parties, and deeming itself otherwise fully advised in the premises, now, therefore, it is hereby

ORDER, ADJUDGED and DECREED that any and all claims by plaintiffs Eric Machorro and Tamara Torres-Torres against defendant Progressive Home Advantage,

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE            - 2 -
NO. 2:23-CV-00653-JHC

underwritten by Homesite Insurance Company are hereby dismissed with prejudice and without costs.

DATED this 22nd day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE